# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT

I, Ferron M. Yi, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation (hereinafter referred to as FBI) assigned to the FBI Cleveland Division's Cartel, Gangs, Narcotics, and Laundering Task Force (hereinafter referred to as CGNL), being duly sworn, do depose and state that:

2.      As a Special Agent of the FBI, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). I am empowered to conduct investigations and to make arrests for federal felony offenses.

3.      I have been employed by the FBI since September 15, 2019. Upon graduation of the Basic Field Training Course of the FBI, I was assigned to the Cincinnati Division where I served in both the Criminal Branch and the National Security Branch to investigate crimes. While assigned to the Criminal Branch, I investigated matters involving criminal enterprises, white collar crimes, civil rights violations, money laundering, and various types of fraud. While assigned to the National Security Branch, I was assigned to the Joint Terrorism Task Force (hereinafter referred to as JTTF) and in this capacity investigated matters of domestic and international terrorism. While serving in the FBI Cincinnati Division, I received advanced certifications in the HUMINT Intermediate Course (HIC), Advanced HUMINT Operations Course (AHOC), and Extraterritorial HUMINT Operations Course (EHOC). These courses offer training that enhances Special Agent's knowledge of operations involving confidential human sources and focuses on understanding the application of tradecraft employed during the full Confidential Human Source recruitment cycle at both the intermediate and advanced level.

4. In July 2024, I was assigned to the FBI Cleveland Division and am currently assigned to CGNL. CGNL is an FBI task force led by the FBI Cleveland Division and Cleveland Division of Police targeting the threat posed by Western Hemisphere actors involved in Transnational Organized Crime. CGNL enhances the effectiveness of federal/state/local law enforcement by providing investigative and technical resources as part of joint investigations into these organizations and their local operatives. I have participated in investigations targeting organizations involved in drug trafficking offenses in the Northern District of Ohio and elsewhere. As an FBI Special Agent, I have participated in undercover operations both as an undercover and as an agent supervising the activities of informants who have provided information concerning controlled substances and organized criminal activities, purchased controlled substances, and supervised consensual monitoring in connection with these investigations. I have also participated in Title III wiretaps and investigations.

5. Since being assigned to CGNL, I have been investigating Federal narcotics related crimes for approximately one year.  Within this assignment, I have participated in investigations working toward the dismantlement of mid to upper-level drug trafficking organizations. I have participated in several operations involving various drug trafficking targets and have participated in investigations targeting organizations involved in drug trafficking offenses in the Northern District of Ohio and elsewhere.

6. Prior to FBI employment, I became a sworn peace officer in 2009 for the State of Georgia and was a sworn and acting law enforcement officer for 10 years. As a police officer, I worked both within the patrol division and the detective division and received advanced training and investigative experience in interviewing and interrogation techniques, arrest procedures, search and seizure, search warrant applications, and various other crimes and investigative

techniques. I also participated in a variety of undercover operations including cases involving drugs and human trafficking and participated in some street level narcotics and traffic enforcement. I also received a General Instructor Certification and was an adjunct instructor for the Georgia Public Safety Training Center while employed full time as a detective.

7. As a sworn peace officer in both the patrol division and the criminal investigation division of the Tifton Police Department, I participated in routine police functions, including but not limited to investigating drug related offenses. I also received several basic and advanced level investigation training and/or participated in/with training officers and instructors within the department in which I worked, including drug-related investigation techniques, surveillance techniques, traffic control functions, undercover operations, interview and interrogation techniques, informant recruitment and control, and other police functions. As a detective, I received several basic and advanced level investigation training in search warrants, interviews and interrogations, crime scene processing, case preparation, and courtroom testimony. In addition, I have participated in all the usual methods of investigation including but not limited to visual surveillance, questioning witnesses, and analyzing evidence. I have been involved in numerous arrests and have coordinated numerous search warrant and arrest warrant operations. I have planned and executed search warrants resulting in the seizure of drugs, their proceeds, weapons, and violent offenders.

8. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

9. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that the following United States violations have occurred by the following individual identified in this criminal complaint:

10. RICARDO JOHNSON: 18 U.S.C. § 922.

## PROBABLE CAUSE

11. On June 13, 2025, FBI Agents and CGNL Investigators executed Federal Search Warrant 1:25MJ4149 for 2669 West 41st Street, Cleveland, Ohio, and Federal Search Warrant 1:25 MJ 4148 for the person of RICARDO JOHNSON. These warrants were approved and signed by United States Magistrate Judge Jonathan D. Greenberg on the previous day.

12. During the execution of the search warrant, FBI SWAT made entry into the residence. During a debrief with the FBI SWAT Team, investigators learned that during the entry, RICARDO JOHNSON came out of the main bedroom where a gun, later seized by CGNL and identified as a Glock 27, .40 caliber, Serial Number FGW253, was located on the nightstand. FBI SWAT took RICARDO JOHNSON into custody.

13. I spoke to a qualified ATF Interstate Nexus Expert and on June 13, 2025, who determined that the Glock 27, .40 caliber, Serial Number FGW253, was not manufactured in the state of Ohio and thereby effected interstate commerce.

14. During the execution of the search warrant, RICARDO JOHNSON was advised of his Miranda Rights and questioned by agents. During questioning, RICARDO JOHNSON admitted to being involved in an April 2025 shooting and also a June 2025 shooting. Regarding the April 2025 shooting, RICARDO JOHNSON essentially advised that he was involved in an altercation with his brother, Garrette Rice (hereinafter Rice). During that altercation, RICARDO JOHNSON pulled out a firearm and shot, resulting in damage to Rice's residence. Regarding the

4

June 2025 shooting, RICARDO JOHNSON advised that he was in an altercation with his cousin, Jeffery Robinson (hereinafter Robinson). During that altercation, Robinson began hitting RICARDO JOHNSON and RICARDO JOHNSON pulled out a firearm and shot at the ground, resulting in a ricochet striking Robinson in the ankle.

15. RICARDO JOHNSON was taken into custody for possessing a firearm as a convicted felon. RICARDO JOHNSON admitted that he was aware that he was not legally allowed to possess a firearm and took ownership of the firearm possession. Although another individual, was present in the residence with RICARDO JOHNSON, he was clear with agents that the firearm belonged to him and further advised that he purchased the firearm off the streets.

16. RICARDO JOHNSON has been previously convicted of Aggravated Robbery F-1 on August 23, 2010, in case number CR-10-535566-A in Cuyahoga County Court of Common Pleas; Burglary F-3 on August 19, 2010, in case number CR-10-535915-A in Cuyahoga County Court of Common Pleas; Having Weapons Under Disability F-3 on October 7, 2015, in case number CR-15-597149-A in Cuyahoga County Court of Common Pleas; Domestic Violence M-1 on July 17, 2019, in case number CR-19-638586-A in Cuyahoga County Court of Common Pleas; Domestic Violence F-4 on December 16, 2022, in case number CR-21-662702-A in Cuyahoga County Court of Common Pleas; and Drug Possession F-3 on December 27, 2023, in case number CR-22-672133-B in Cuyahoga County Court of Common Pleas.

## CONCLUSION

17. Based on the forgoing, I request that the Court issue the proposed criminal complaint. There is probable cause to believe that the following United States violations have

occurred by the following individual:

    18.    RICARDO JOHNSON: 18 U.S.C. § 922.

Respectfully submitted,

_____
Ferron M. Yi
Special Agent
Federal Bureau of Investigation

Sworn to via telephone or other reliable electronic means after submission by reliable electronic means, per Crim. Rule 4.1, 41(d)(3) on this 13th day of June 2025.

James E. Grimes Jr., United States Magistrate Judge